# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| ALLEGHENY COUNTY, | : | No. 5 WAL 2025 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the **Unpublished** |
| v. | : | **Memorandum Opinion and** |
| | : | **Order** of the Commonwealth |
| | : | Court at No. 379 CD 2023 entered |
| MATTHEW VAN BIBBER, | : | on December 17, 2024, **reversing** |
| | : | the Lower Court Order of the |
| Respondent | : | Allegheny County Court of |
| | : | Common Pleas at No. SA22-343 |
| | : | entered on March 27, 2023 |

| | | |
|---|---|---|
| ALLEGHENY COUNTY, | : | No. 6 WAL 2025 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the **Unpublished** |
| v. | : | **Memorandum Opinion and** |
| | : | **Order** of the Commonwealth |
| | : | Court at No. 380 CD 2023 entered |
| PATRICIA WEAVER, | : | on December 17, 2024, **reversing** |
| | : | the Lower Court Order of the |
| Respondent | : | Allegheny County Court of |
| | : | Common Pleas at No. SA22-342 |
| | : | entered on March 27, 2023 |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 13th day of July, 2026, the Petition for Allowance of Appeal is **GRANTED**, the order of the Commonwealth Court is **VACATED**, and the case is **REMANDED** to the Commonwealth Court for reconsideration in light of *Honey v.*

*Lycoming County Offices of Voter Services*, ___ A.3d ___, 2026 WL 1169907 (Pa. Apr. 28, 2026).